1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OFELIA DE LA CRUZ, | ) | 1:09cv01222 DLB |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 13) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 22, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before March 25, 2010. Defendant's opposition, if any, shall be filed on or before April 24, 2010.

IT IS SO ORDERED.

Dated:   **March 22, 2010**          _____ **/s/ Dennis L. Beck**_____
                                     UNITED STATES MAGISTRATE JUDGE

1